IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00786-RPM

KRISTY BAUMGARTNER,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

      Defendant.

## ORDER MODIFYING RULE 16 PROCEDURE - ERISA

Because this is an action brought under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B), no scheduling conference under Fed.R.Civ.P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.  As an alternative, it is

**ORDERED:**

That on or before June 30, 2015, counsel for the parties shall file a joint statement addressing the following matters:

1. Whether the parties agree upon the contents of the administrative record.

2. Whether the parties agree upon the standard of review.  If there is a disagreement, state the parties' positions.

3. Whether any discovery is necessary.   If so, provide a statement of what discovery is sought and why it is necessary.

4. Whether there is any reason to proceed in any manner other than to establish a briefing schedule based on the administrative record.

5. Whether the parties are in agreement that the submission of the entire administrative record is not necessary, understanding that those portions relied upon will be submitted as appendices to the briefs.

6. The dates for the filing of briefs addressing the issues.

If there is disagreement on any of these matters, the Court will set a conference to

resolve the disputes.

    Dated:   May 27th, 2015

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge