IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00786-RPM

KRISTY BAUMGARTNER,

     Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

     Defendant.

## ORDER STAYING DEADLINES

Pursuant to the Status Report and Notice of Settlement [Doc. 10], it is

ORDERED that all deadlines are stayed.  The parties shall file dismissal paperwork on or before August 24, 2015.

Dated:   August 10th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge